# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **LAURIE ELEK,** | CASE NO. 3:20 CV 2815 |
| Plaintiff, | |
| | JUDGE JAMES R. KNEPP II |
| v. | |
| **JAC PRODUCTS INC.,** | |
| Defendant. | **ORDER** |

The undersigned grants Plaintiff's application to commence suit without the prepayment of costs, fees or security in the above-captioned case (Doc. 2).

IT IS SO ORDERED.

 s/ *James R. Knepp II*
UNITED STATES DISTRICT JUDGE