# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

LAURIE ELEK

      Plaintiff,                                           Case No. 3:20-cv-02815-JRK

v.

                                                 Hon. James R. Knepp II

JAC PRODUCTS INC.,

      Defendant.

---

| | |
|---|---|
| WASSERMAN, BRYAN, LANDRY & HONOLD, LLP | BODMAN PLC |
| Francis J. Landry  (0006072) | John T. Below (MI P48677) |
| 1090 W. South Boundary Street | Melissa M. Tetreau (MI P80864) |
| Suite 500 | 201 W. Big Beaver Road |
| Perrysburg, Ohio 43551 | Suite 500 |
| (419) 243-1239/ FAX (419) 243-2719 | Troy, MI  48084 |
| FLandry308@aol.com | (248) 743-6000 / FAX (248) 743-6002 |
| Attorneys for Plaintiff | Jbelow@bodmanlaw.com |
| | mtetreau@bodmanlaw.com |
| | Attorneys for Defendant |

---

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

The parties to this civil action, through their respective counsel, stipulate to the dismissal of this action with prejudice and without costs.

IT IS HEREBY ORDERED, pursuant to the undersigned stipulation of the parties' attorneys, that this action is dismissed with prejudice and without costs.

IT IS FURTHER ORDERED that the Court retains jurisdiction for the sole and limited purpose of enforcing the parties' settlement agreement.

Dated: _____8/9/2021_____     _____
                                      Hon. James R. Knepp II
                                      U.S. District Judge


 /s/ (w/consent) Francis J. Landry          /s/Melissa M. Tetreau_____
 Francis J. Landry (0006072)                Melissa M. Tetreau (P80864)
Attorney for Plaintiff                      Attorney for Defendant

2